IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STERLITE OPTICAL TECHNOLOGIES, INC.; STERLITE TECHNOLOGIES, LIMITED; ANAND AGARWAL; and BRIAN CHOMNIAK, <br><br> Defendants. | **Civil Action No.** <br> **1: 02 – CV – 2149 CAP** |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
FOR PATENT INFRINGEMENT AND WILLFUL INFRINGEMENT
OF U.S. PATENT NUMBERS 5,298,047 AND 5,418,881**

Plaintiff Furukawa Electric North America, Inc. ("Furukawa") respectfully submits its *Motion for Summary Judgment for Patent Infringement and Willful Infringement of U.S. Patent Numbers 5,298,047 and 5,418,881*. For the reasons stated in Furukawa's *Memorandum In Support Of Its Motion For Summary Judgment For Patent Infringement And Willful Infringement Of U.S. Patent Numbers 5,298,047 And*

*5,418,881* (filed under seal), literal infringement for both the '047 patent and the '881 patent by Sterlite Optical Technologies, Inc., *et al*. ("Defendants") can be established, and that the infringement was willful.  Under Rule 56, FED.R.CIV.P., Furukawa is entitled to summary judgment as a matter of law.  Therefore, this Court should **GRANT** Furukawa's Motion For Summary Judgment.

Respectfully submitted this 24th day of March, 2008.

> s/ Jitendra Malik
> Bruce J. Rose
> North Carolina Bar No. 20105
> Jitendra Malik
> North Carolina Bar No. 32809
> ALSTON & BIRD LLP
> Bank of America Plaza
> 101 South Tryon Street, Suite 4000
> Charlotte, North Carolina  28280-4000
> (704) 444-1000 – Telephone
> (704) 444-1111 – Facsimile
> E-mail: bruce.rose@alston.com
> E-mail: jitty.malik@alston.com
>
> Keith E. Broyles
> Georgia Bar No. 090152
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> (404) 881-7000 – Telephone
> (404) 881-7777 – Facsimile
> E-mail: keith.broyles@alston.com
>
> ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF FONT & SIZE SELECTION

I certify that this paper entitled **Plaintiff's Motion For Summary Judgment For Patent Infringement And Willful Infringement Of U.S. Patent Numbers 5,298,047 And 5,418,881** was prepared with one of the font and point selections approved by the Court in L.R. 5.1B.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed **Plaintiff's Motion For Summary Judgment For Patent Infringement And Willful Infringement Of U.S. Patent Numbers 5,298,047 And 5,418,881** with the Clerk of Court, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Mitchell G. Weatherly, Esq.
> (*Weatherly@addipvalue.com*)
>
> David S. Kerven, Esq.
> (*Kerven@addipvalue.com*)
>
> Mark L. Seigel, Esq.
> (*Seigel@addipvalue.com*)

This 24th day of March, 2008.

s/ Jitendra Malik
Jitendra Malik
