IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OFS FITEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1: 02–cv–2149 CAP |
| STERLITE OPTICAL | ) | |
| TECHNOLOGIES, INC.; STERLITE | ) | |
| TECHNOLOGIES LIMITED; and | ) | |
| ANAND AGARWAL, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the terms of separate agreements between the parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Fed. R. Civ. P. 41(c), Plaintiff OFS Fitel LLC and Defendants Sterlite Optical Technologies, Inc., Sterlite Technologies Limited and Anand Agarwal, through counsel hereby stipulate to the dismissal of all remaining claims and counterclaims in this matter with prejudice.

Respectfully submitted, this 13th day of January, 2010.

| | |
|---|---|
| s/Mitchell G. Weatherly (w/permission) | s/Jitendra Malik |
| Mitchell G. Weatherly | Bruce J. Rose |
| (Georgia Bar No. 742,889) | North Carolina Bar No. 20105 |
| David S. Kerven | Jitendra Malik |
| (Georgia Bar No. 416,459) | North Carolina Bar No. 32809 |
| Mark L. Seigel | ALSTON & BIRD LLP |
| (Georgia Bar No. 634,617) | Bank of America Plaza |
| | 101 South Tryon Street, Suite 4000 |
| WEATHERLY KERVEN & SEIGEL LLC | Charlotte, North Carolina 28280-4000 |
| 115 Perimeter Center PL, Suite 1082 | (704) 444-1000 – Telephone |
| Atlanta, Georgia 30346–1245 | (704) 444-1111 – Facsimile |
| (770) 395-5920 (voice) | E-mail: bruce.rose@alston.com |
| (770) 395-5921 (facsimile) | E-mail: jitty.malik@alston.com |
| | |
| J. Marbury Rainer | Keith E. Broyles |
| PARKER, HUDSON, RAINER & DOBBS LLP | Georgia Bar No. 090152 |
| | ALSTON & BIRD LLP |
| 1500 Marquis Two Tower | 1201 West Peachtree Street |
| 285 Peachtree Center Avenue, N.E. | Atlanta, Georgia 30309 |
| Atlanta, Georgia 30303 | (404) 881-7000 – Telephone |
| (404) 523-5300 – Telephone | (404) 881-7777 – Facsimile |
| (404) 522-8409 – Facsimile | E-mail: keith.broyles@alston.com |
| | |
| ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR PLAINTIFF |

## CERTIFICATE OF FONT & SIZE SELECTION

We certify that this paper entitled **Joint Stipulation of Dismissal With Prejudice** was prepared with one of the font and point selections approved by the Court in L.R. 5.1B.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed **Joint Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Mitchell G. Weatherly, Esq.
>(*Weatherly@addipvalue.com*)
>
>David S. Kerven, Esq.
>(*Kerven@addipvalue.com*)
>
>Mark L. Seigel, Esq.
>(*Seigel@addipvalue.com*)
>
>J. Marbury Rainer, Esq.
>(*mrainer@phrd.com*)
>
>David B. Darden, Esq.
>(*ddarden@phrd.com*)

This 13th day of January, 2010.

>s/ Jitendra Malik
>Jitendra Malik